# In The United States Court of Federal Claims

No. 05-655C

(Filed: December 6, 2005)

THE BARRINGTON APARTMENTS,
LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Thomas C. Wheeler, it is **ORDERED** that this civil action shall be transferred to Judge Thomas C. Wheeler. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge