# In the United States Court of Federal Claims

No. 05-655C

(Filed: December 20, 2005)

---

THE BARRINGTON APARTMENTS,
LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On September 1, 2005, the Court (Judge Francis M. Allegra) issued an Order for a Stay of Proceedings until 14 days following the completion of the ADR process in certain related cases. The Court ordered the parties to file Joint Status Reports every 90 days for the duration of the stay. In a status conference call held December 19, 2005 with the undersigned, the parties expressed a desire to coordinate future status reports in this case with those in certain related cases. Accordingly:

1. This proceeding shall remain STAYED until 14 days following completion of the ADR process in the related cases;

2. The parties shall file with the Court a Joint Status Report describing the progress of the ADR proceedings on or before February 1, 2006;

3. Thereafter, the parties shall file additional Joint Status Reports on the first calendar day of every second month for the duration of the stay;

4. In consideration of the recent transfer of this case to the undersigned, the Special Procedures Order issued by Judge Francis M. Allegra on July 7, 2005 is no longer in effect in this case.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge